SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

\*\*E-filed 3/24/06\*\*

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB TRAGNI AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>MILLARD TONG CONSTRUCTION CO., a California Corporation;<br><br>Defendants. | CASE NO.: C06-00751 JF<br><br>REQUEST FOR DISMISSAL OF ENTIRE ACTION |

Comes now the Plaintiffs BOB TRAGNI AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS in the above-entitled action and hereby dismiss the entire action without prejudice as to every party.

No answer has been filed in this matter. The defendant has paid all monies requested in the complaint for July 2005 through December 2005. This dismissal specifically does not waive the right of the Trust Funds to audit the employer for the above time period, or any other time

period, and to collect any additional monies found to be delinquent as a result of an audit through a subsequent legal action.

Dated: March 16, 2006

_____
SUE CAMPBELL
Attorney for Plaintiffs

IT IS SO ORDERED.

3/23/06

_____
JUDGE JEREMY FOGEL
UNITED STATES DISTRICT COURT

2

REQUEST FOR DISMISSAL

## PROOF OF SERVICE BY MAIL

I, the undersigned, say:

That I am now and at all times herein mentioned a citizen of the United States, over the age of eighteen years, a resident of Santa Clara County, California, and not a party to the within action or cause; that my business address is 1155 North First Street, Suite 101, San Jose, California; that I served a copy of the attached REQUEST FOR DISMISSAL OF ENTIRE ACTION by placing said copy in an envelope addressed to

> MILLARD TONG CONSTRUCTION CO.
> Pier 50 B Main Office
> San Francisco, CA 94107

which envelope was then sealed and, with postage fully prepaid thereon, was on March 16, 2006, deposited in the United States mail at San Jose, California; that there is delivery service by United States mail at the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 16, 2006, at San Jose, California.

_____
CHRISTINE DELGADILLO

3

REQUEST FOR DISMISSAL